IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

GARY CROUCH,

      Plaintiff,

v.                                                                              No. CV 20-988 SMV/CG

ROBERT ENTERPRISES
INVESTMENTS, INC., et al.,

      Defendants.

### ORDER VACATING RULE 16 AND INITIAL SCHEDULING ORDER

**THIS MATTER** is before the Court on the parties' *Joint Motion to Vacate November 19, 2020 Rule 16B Scheduling Conference* (the "Motion"), (Doc. 18), filed November 13, 2020. In the Motion, the parties request that the Court vacate the Rule 16 Scheduling Conference currently set for November 19, 2020, and reset such conference after a ruling by the Court on Plaintiff Gary Crouch's *Motion to Remand*, (Doc. 16), filed October 26, 2020. (Doc. 18 at 1).

**IT IS THEREFORE ORDERED** that the Telephonic Rule 16 Scheduling Conference, set for November 19, 2020, is hereby **VACATED**.

**IT IS FURTHER ORDERED** that the Court's *Initial Scheduling Order*, (Doc. 8), and all accompanying deadlines, are **VACATED**. The Court will reset the Rule 16 Scheduling Conference and enter a new *Initial Scheduling Order* after the Court rules on the Plaintiff's *Motion to Remand*.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE